IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-180-M-BM

| | |
|---|---|
| LYDIA DIANE BROCK and ROY BROCK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BASF CORPORATION, Individually, and as ) | |
| Successor in Interest to Takeda Vitamin & ) | |
| Food USA, Inc., f/k/a Takeda Chemical ) | |
| Products, USA, Inc. f/k/a Wiltak, Inc., et al. ) | |
| ) | |
| Defendants. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Southern Division case. The Honorable Richard E. Myers II, Chief United States District Judge, will remain the presiding judge. **All future filings should reflect the new case number of 7:25-CV-1540-M-BM.** No further filing shall be made in 4:25-CV-180-M-BM.

SO ORDERED. This 3rd day of October, 2025.

/s/ Peter A. Moore, Jr.
Clerk of Court