IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
7:25-cv-01540

| | |
|---|---|
| **LYDIA DIANE BROCK and ROY BROCK,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **BASF CORPORATION, Individually, and as Successor In Interest to Takeda Vitamin & Food USA, Inc. f/k/a Takeda Chemical Products USA, Inc. f/k/a Wiltak, Inc.; TAKEDA AMERICA HOLDINGS, INC. f/k/a Takeda America, Inc.; TAKEDA PHARMACEUTICALS USA, INC. f/k/a Takeda Pharmaceuticals North America, Inc. f/k/a Takeda Pharmaceuticals America, Inc.; TAKEDA CHEMICAL INDUSTRIES, LTD.; and TAKEDA EUROPE GMBH; and JOHN DOES 1-40,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE OF COUNSEL
### (John S. Hughes, Esq.)

To: The clerk of court and all parties of record:

Please take notice that attorney John S. Hughes is admitted or otherwise authorized to practice in this Court, and is appearing in this case as counsel for the Plaintiffs, Lydia Diane Brock and Roy Brock.

1

Dated: October 3, 2025.

        <u>s/John S. Hughes</u>
        John S. Hughes, Esq.
        NCSB 22126
        WALLACE & GRAHAM, P.A.
        525 N. Main St.
        Salisbury, NC 28144
        704-633-5244 Telephone
        jhughes@wallacegraham.com

        *Attorneys for Plaintiffs*

2

Case 7:25-cv-01540-M-BM    Document 5    Filed 10/03/25    Page 2 of 2