IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
7:25-cv-01540

| | |
|---|---|
| **LYDIA DIANE BROCK and ROY BROCK,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **BASF CORPORATION, Individually, and as Successor In Interest to Takeda Vitamin & Food USA, Inc. f/k/a Takeda Chemical Products USA, Inc. f/k/a Wiltak, Inc.; TAKEDA AMERICA HOLDINGS, INC. f/k/a Takeda America, Inc.; TAKEDA PHARMACEUTICALS USA, INC. f/k/a Takeda Pharmaceuticals North America, Inc. f/k/a Takeda Pharmaceuticals America, Inc.; TAKEDA CHEMICAL INDUSTRIES, LTD.; and TAKEDA EUROPE GMBH; and JOHN DOES 1-40,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE OF COUNSEL
### (Mark Doby, Esq.)

To: The clerk of court and all parties of record:

      Please take notice that attorney Mark Doby is admitted or otherwise authorized to practice in this Court, and is appearing in this case as counsel for the Plaintiffs, Lydia Diane Brock and Roy Brock.

1

Dated: October 3, 2025.

                                 <u>s/Mark Doby</u>
                                 Mark Doby, Esq.
                                 NCSB 39637
                                 WALLACE & GRAHAM, P.A.
                                 525 N. Main St.
                                 Salisbury, NC 28144
                                 704-633-5244 Telephone
                                 mdoby@wallacegraham.com

                                 *Attorneys for Plaintiffs*