IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 25-cv-1540-M-BM

LYDIA DIANE BROCK, ET AL.     )
)
)
)
**v.**          )     **NOTICE OF SPECIAL APPEARANCE**
)
BASF CORPORATION, ET AL.    )
)
)

Please take notice that the undersigned Andrew DuPont hereby enters a notice of special appearance as attorney for Lydia Diane Brock and Roy Brock in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Mark Doby.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

                /s/ Andrew DuPont
Andrew DuPont
Locks Law Firm
The Curtis Center
601 Walnut Street, Sure 720 East
Philadelphia, PA 19106
(215) 893-0100
adupont@lockslaw.com
Pa Bar. No. 91035
Attorney for Plaintiffs


                /s/ Mark Doby
Mark Doby
Wallace & Graham, PA
525 N. Main Street
Salisbury, NC 28144

(704) 633-5244
mdoby@wallaceandgraham.com
NC Bar. No. 39637
Local Civil Rule 83.1(d) Attorney for Plaintiffs