# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
### CASE NO. 7:25-cv-01540-M-BM

LYDIA DIANE BROCK and ROY BROCK,

    Plaintiffs,

vs.

BASF Corporation, et al.,

    Defendants.

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

For the reasons stated in the Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint ("Amended Complaint") filed by Defendant Shell USA Inc. f/k/a Shell Oil Company ("Shell") and for good cause shown, it is hereby ORDERED that Shell may have through and including April 14, 2026, to file an Answer or otherwise response to the Amended Complaint in this matter.

SO ORDERED. This the 2 day of April, 2026.

_____
Peter A. Moore, Jr.
Clerk of Court