IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-1540-M-BM

| | | |
|---|---|---|
| LYDIA DIANE BROCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BASF CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiffs' unopposed motion for an extension of time [DE-88] to answer or otherwise respond to the motion to dismiss [DE-66] filed by defendant Aldrich Chemical Co. LLC ("Aldrich"). For good cause shown for the reasons stated in the motion, plaintiffs' unopposed motion [DE-88] is GRANTED.

IT IS THEREFORE ORDERED that plaintiffs shall have up to and including April 20, 2026, within which to file a response to Aldrich's motion to dismiss [DE-66].

SO ORDERED, this 8th day of April, 2026.

_____
Brian S. Meyers
United States Magistrate Judge