IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| LYDIA DIANE BROCK AND ROY BROCK, | ) ) ) | CASE NO: 7:25-cv-01540-M-BM |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | **DEFENDANT SHELL USA, INC.'S** |
| | ) | **MOTION TO DISMISS THE FIRST** |
| BASF CORPORATION, | ) | **AMENDED COMPLAINT FOR** |
| INDIVIDUALLY, AND AS | ) | **FAILURE TO STATE A CLAIM** |
| SUCCESSOR IN INTEREST TO | ) | **PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| TAKEDA VITAMIN &FOOD USA, INC. | ) | |
| F/K/A TAKEDA CHEMICAL | ) | |
| PRODUCTS USA, INC. F/K/A WILTAK, | ) | |
| INC.; TAKEDA AMERICA HOLDINGS, | ) | |
| INC. F/K/A TAKEDA AMERICA, INC.; | ) | |
| TAKEDA PHARMACEUTICALS USA, | ) | |
| INC. F/K/A TAKEDA | ) | |
| PHARMACEUTICALS NORTH | ) | |
| AMERICA, INC. F/K/A TAKEDA | ) | |
| PHARMACEUTICALS AMERICA, | ) | |
| INC.; TAKEDA CHEMICAL | ) | |
| INDUSTRIES, LTD.; AND TAKEDA | ) | |
| EUROPE GMBH; ALDRICH | ) | |
| CHEMICAL CO. INC.; FISHER | ) | |
| SCIENTIFIC COMPANY L.L.C.; | ) | |
| SHELL USA, INC. F/K/A SHELL OIL | ) | |
| COMPANY; SUNOCO, INC. F/K/A SUN | ) | |
| REFINING AND MARKETING | ) | |
| COMPANY AND F/K/A SUNOCO | ) | |
| (R&M); TENNECO OIL COMPANY; | ) | |
| TEXACO INC.; AND | ) | |
| UNOCAL CORPORATION; AND JOHN | ) | |
| DOES 1-40, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Defendant Shell USA, Inc., f/k/a Shell Oil Company ("Shell") hereby files this Motion to

Dismiss Plaintiffs' First Amended Civil Action Complaint (ECF No. 31) in its entirety for failure

to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Shell is filing its Memorandum of Law in support of this Motion contemporaneously herewith. For the reasons stated above, and as fully detailed in the accompanying Memorandum, Shell requests that the Court dismiss Plaintiffs' claims against it.

Wherefore, Shell requests that the Court grant its Motion to Dismiss Plaintiffs' claims against it and dismiss those claims with prejudice.

Respectfully submitted this the 14th day of April, 2026.

<div style="margin-left:50%">

_/S/ Kaitlin R. Myers_

Eric T. Hawkins
NC Bar No. 48578
Kaitlin R. Myers
NC Bar No. 53591
Gordon Rees Scully Mansukhani
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
Phone: 919-787-4555
Fax: 919-741-5840
Email: ehawkins@grsm.com
Email: krmyers@grsm.com
Local Civil Rule 83.1(d) Attorneys for Shell USA, Inc. f/k/a Shell Oil Company


-and-


Monique M. Weiner
Connor J. Reinoso
KUCHLER POLK WEINER, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Phone: (504) 592-0691
E-Mail: mweiner@kuchlerpolk.com
LA Bar. No. 23233
Attorneys for Shell USA, Inc. f/k/a Shell Oil Company
_Special Appearances Pending_

</div>

<div style="text-align:center">2</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused to be electronically-filed the foregoing document with the Clerk of Court using this Court's Cm/ECF system, which caused it to be served this day on all counsel of record.

Dated: April 14, 2026.

*/S/ Kaitlin R. Myers*
Kaitlin R. Myers

3