|  |  |
|---|---|
| LYDIA DIANE BROCK and ROY BROCK,<br><br>       Plaintiffs,<br><br>v.<br><br>BASF CORPORATION, Individually and as Successor in Interest to Takeda Vitamin & Food USA, Inc. f/k/a Takeda Chemical Products USA, Inc. f/k/a Wiltak, Inc.; TAKEDA AMERICA HOLDINGS, INC. f/k/a Takeda America, Inc.; TAKEDA PHARMACEUTICALS USA, INC. f/k/a Takeda Pharmaceuticals North America, Inc. f/k/a Takeda Pharmaceuticals America, Inc.; TAKEDA CHEMICAL INDUSTRIES, LTD.; TAKEDA EUROPE GMBH; ALDRICH CHEMICAL CO. INC.; FISHER SCIENTIFIC COMPANY L.L.C.; SHELL USA, INC. f/k/a Shell Oil Company; SUNOCO INC. f/k/a Sun Refining and Marketing Company and f/k/a Sunoco (R&M); TENNECO OIL COMPANY; TEXACO INC.; and UNOCAL CORPORATION; and JOHN DOES 1-40,<br><br>       Plaintiffs. | Case No. 7:25-CV-1540-M-BM |

**UNION OIL COMPANY OF CALIFORNIA'S
MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rules 7.1, 7.2, and 10.1 of the United States District Court for the Eastern District of North Carolina[1], Defendant Union Oil Company of California ("Union Oil")[2] moves to dismiss Plaintiffs' First Amended Civil

---

[1] Defendant is aware of Local Rule 7.3 pertaining to the Disclosure of Corporate Affiliations and Other Entities With a Direct Financial Interest in Litigation and is currently completing these documents for filing in short time.
[2] Plaintiffs inaccurately used the name Unocal Corporation for Union Oil.

Action Complaint ("Complaint"), ECF No. 31.  In support of its Motion to Dismiss, Union Oil shows the following:

1. Plaintiffs assert in their Complaint five causes of action—negligence, breach of warranty, failure to warn and defective design, intentional tort – battery and fraud, and loss of consortium—arising from an alleged exposure to benzene at a vitamin manufacturing plant.

2. The Complaint fails to state a legally cognizable claim against Union Oil.

   a. Plaintiffs' Complaint does not describe any specific actions Union Oil allegedly took with regard to the vitamin manufacturing plant or the supply of benzene to it, instead relying on group pleading, which fails to provide fair notice.

   b. Plaintiffs fail to state a claim against Union Oil  for breach of warranty because the Complaint never identifies any express warranty made by Union Oil.

   c. Plaintiffs fail to state a claim for failure to warn and design defect because they did not even identify what the alleged deficient warning label stated nor alleging what was wrong with the design.

   d. Plaintiffs also fail to meet the heightened pleading standards for their intentional tort-battery and fraud claim and fail to plead sufficient facts to establish intent.

   e. Plaintiffs' claim for loss of consortium and request for punitive damages also fail because they are derivative of the other causes of action.

For these reasons, and those set forth more fully in the supporting Memorandum filed contemporaneously herewith, Union Oil respectfully request this Court dismiss Plaintiffs' Complaint in its entirety and provide Union Oil all such other and further relief as the Court deems just and proper.

Respectfully submitted this 28th day of April 2026.

/s/ William M. Starr
William M. Starr
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
101 S. Tryon Street, Suite 3600
Charlotte, NC 28280
(980) 256-6300
bstarr@bakerdonelson.com
NC Bar No.: 31813
*Attorney for Union Oil Company of
California*


Steven M. Lucks*
David A. Giroux*
Elizabeth J. Lee*
FISHKIN LUCKS LLP
One Gateway Center
Suite 1150
Newark, NJ 07102
(973) 536-2800
afishkin@fishkinlucks.com
slucks@fishkinlucks.com
dgiroux@fishkinlucks.com
elee@fishkinlucks.com
*Attorneys for Union Oil Company of
California*

**Notices of Special Appearance pursuant to
Local Civ. R. 83.1(e)are forthcoming*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, the foregoing document was filed electronically with the United States District Court for the Eastern District of North Carolina and was served on counsel of record by the Court's electronic filing system (CM/ECF).

/s/ William M. Starr
William M. Starr
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
101 S. Tryon Street, Suite 3600
Charlotte, NC 28280
(980) 256-6300
bstarr@bakerdonelson.com
NC Bar No.: 31813
*Attorney for Union Oil Company of California*