# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

|  |  |
|---|---|
| **LYDIA D. BROCK and** | : |
| **ROY BROCK** | : |
|  | : |
| **Plaintiff** | : |
|  | : |
|  | : |
| v. | : |
|  | : |
| **BASF Corporation, et al.** | : |
|  | : |
| **Defendants.** | : |
|  | : |

## <u>AFFIDAVIT OF SERVICE</u>

The undersigned hereby depose and say that a copy of the Plaintiffs' Civil Action Amended Complaint, in the above-captioned matter, was served upon the following Defendant:

**Aldrich Chemical Co. Inc.,** via Service Processor at 3050 Spruce St, St. Louis, MO 63103, on May 6, 2026 as evidenced by the copy of the Proof of Service, attached hereto as Exhibit "A".

Respectfully submitted,

**LOCKS LAW FIRM**

|  |  |  |
|---|---|---|
| Dated: May 6, 2026 | By: | */s/ Andrew J. DuPont* |
|  |  | Andrew J. DuPont, Esquire |
|  |  | *Attorneys for Plaintiff* |
|  |  | 601 Walnut St |
|  |  | Suite 720 East |
|  |  | Philadelphia, PA 19106 |

# EXHIBIT "A"

Case 7:25-cv-01540-M-BM    Document 108    Filed 05/06/26    Page 2 of 6

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 7:25-cv-01540-M-BM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Aldrich Chemical Co.

was received by me on *(date)*  4/20/2026  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lisa lieselschroer  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Aldrich Chemical Co.

on *(date)* 5/6/2026  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 99.50  for services, for a total of $ 99.50

I declare under penalty of perjury that this information is true.

Date: _____

*Daniel OConnor*

_____
*Server's signature*

Daniel O'Connor
_____
*Printed name and title*


1520 market st , St. Louis, MO 63103
_____
*Server's address*

Additional information regarding attempted service, etc:

Proof Job #1706674 | Serve #SRV-95CF5J0

# UNITED STATES DISTRICT COURT
### for the

Eastern District of North Carolina

| | |
|---|---|
| Lydia Diane Brock and Roy Brock, h/h<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>BASF Corporation, et al.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 7:25-cv-01540-M-BM

REISSUED

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Aldrich Chemical Co.
3050 Spruce St
St. Louis, MO 63103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Attorney for Plaintiffs
Locks Law Firm
Andrew J. DuPont
601 Walnut St. Suite 720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR.
*CLERK OF COURT*

Date:  4/20/2026    _____

*Signature of Clerk or Deputy Clerk*

Proof Job #1706674 | Serve #SRV-95CF5J0

Civil Action No. 7:25-cv-01540-M-BM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Proof Job #1706674 | Serve #SRV-95CF5J0

Exhibit 1a)



Proof Job #1706674 | Serve #SRV-95CF5J0          123024 - Brock                                          Page 3