LYDIA DIANE BROCK and ROY BROCK,  )
                                                )
          Plaintiffs,  )
                                                )
         **v.**  )
                                                )
BASF CORPORATION, Individually, and as  )     No. 7:25-CV-1540-M-BM
Successor in Interest to Takeda Vitamin &  )
Food USA, Inc. f/k/a Takeda Chemical  )
Products USA, Inc., f/k/a Wiltak, Inc.;  )
TAKEDA AMERICA HOLDINGS, INC.,  )
f/k/a Takeda America, Inc.; TAKEDA  )
PHARMACEUTICALS USA, INC., f/k/a  )
Takeda Pharmaceuticals North America, Inc.  )
f/k/a Takeda Pharmaceuticals America, Inc.;  )
TAKEDA CHEMICAL INDUSTRIES,  )
LTD.; and TAKEDA EUROPE GMBH;  )
ALDRICH CHEMICAL CO. INC.; FISHER  )
SCIENTIFIC COMPANY L.L.C.; SHELL  )
USA, INC. f/k/a SHELL OIL COMPANY;  )
SUNOCO INC. f/k/a Sun Refining and  )
Marketing Company and f/k/a Sunoco  )
(R&M); TENNECO OIL COMPANY;  )
TEXACO INC.; and UNOCAL  )
CORPORATION; and JOHN DOES 1-40  )
                                                )
          Defendants,  )

## NOTICE OF ADOPTION OF ALDRICH CHEMICAL CO. LLC.'S PREVIOUSLY FILED MOTION TO DISMISS AS AND FOR ITS RESPONSE TO PLAINTIFF'S PROPERLY SERVED AMENDED COMPLAINT

Defendant Aldrich Chemical Co. LLC, (improperly named as Aldrich Chemical Co. Inc., hereinafter "Aldrich"), by and through its attorneys, gives notice that it hereby adopts as though fully set forth herein its Motion to Dismiss and Memorandum in Support (*see* Doc. Nos. 66, 67) previously filed in response to Plaintiff's Amended Complaint to the extent a response is required now that Aldrich has been properly served.  Aldrich submits this notice out of an abundance of caution in light

of the fact that it was not properly served at the time it filed its Motion to Dismiss and Memorandum

in Support.[1]

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Jonathan E. Schulz*
Jonathan E. Schulz (N.C. Bar No. 47285)
Samuel M. Dearstyne (N.C. Bar No. 54803)
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
Telephone: (704) 338-6127
Fax: (704) 338-6076
jschulz@bradley.com
sdearstyne@bradley.com

*Attorneys for Defendant*
*Aldrich Chemical Co. LLC*

---

[1] Aldrich notes that the portion of its motion under Rule 12(b)(5) regarding improper service is no longer relevant. The parties have also already briefed the arguments raised in Aldrich's Motion (*see* Doc. Nos. 96, 107) and on May 5, 2026, this Court referred it to Magistrate Judge Brian Meyers to prepare a memorandum and recommendation.

Case 7:25-cv-01540-M-BM    Document 110    Filed 05/13/26    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing document with the Clerk of Court using this Courts CM/ECF system, which caused it to be served this day on all counsel of record.

Dated: May 13, 2026

*/s/ Jonathan E. Schulz*
Jonathan E. Schulz

Case 7:25-cv-01540-M-BM    Document 110    Filed 05/13/26    Page 3 of 3