IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-1540-M-BM

LYDIA DIANE BROCK and ROY BROCK,

Plaintiffs,

v.

BASF CORPORATION, Individually and as
Successor in Interest to Takeda Vitamin & Food
USA, Inc. f/k/a Takeda Chemical Products USA, Inc.
f/k/a Wiltak, Inc.; TAKEDA AMERICA
HOLDINGS, INC. f/k/a Takeda America, Inc.;
TAKEDA PHARMACEUTICALS USA, INC. f/k/a
Takeda Pharmaceuticals North America, Inc. f/k/a
Takeda Pharmaceuticals America, Inc.; TAKEDA
CHEMICAL INDUSTRIES, LTD.; TAKEDA
EUROPE GMBH; ALDRICH CHEMICAL CO.
INC.; FISHER SCIENTIFIC COMPANY L.L.C.;
SHELL USA, INC. f/k/a Shell Oil Company;
SUNOCO INC. f/k/a Sun Refining and Marketing
Company and f/k/a Sunoco (R&M); TENNECO OIL
COMPANY; TEXACO INC.; and UNOCAL
CORPORATION; and JOHN DOES 1-40,

Plaintiffs.

NOTICE OF SPECIAL
APPEARANCE

Please take notice that the undersigned Steven M. Lucks hereby enters a notice of special

appearance as attorney for Union Oil Company of California in the above-captioned matter, in

association with Local Civil Rule 83.1(d) attorney, William M. Starr.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review

prior to filing the document with the court.

Respectfully submitted this 24th day of June, 2026.

Steven M. Lucks
FISHKIN LUCKS LLP
The Woolworth Building
233 Broadway, Suite 820
New York, NY 10279
973-679-4429
slucks@fishkinlucks.com
NY Bar. No. 4278206
Attorney for Union Oil Company of California

/s/ William M. Starr
William M. Starr
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
101 S. Tryon St., Suite 3600
Charlotte, NC 28280
980-256-6300
bstarr@bakerdonelson.com
NC Bar. No. 31813
Local Civil Rule 83.1(d) Attorney for Union Oil
Company of California

2