IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:25-CV-1540-M-BM

| | |
|---|---|
| LYDIA DIANE BROCK and ROY BROCK,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CORPORATION, et al.,<br><br>Defendants. | **OBJECTIONS TO MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION [DE-119]** |

**DEFENDANT BASF CORPORATION'S OBJECTIONS TO THE MEMORANDUM AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Defendant BASF Corporation ("BASF") respectfully objects to the Magistrate Judge's Memorandum and Recommendation (the "Recommendation") [DE-119], which recommends granting the Takeda Defendants' Motion to Dismiss ("Motion") [DE-55].

**STANDARD OF REVIEW**

Under Federal Rule of Civil Procedure 72(b)(2) and Local Civil Rule 72.4(b)(1), objections must specifically identify the portions of the proposed findings or recommendations challenged and the basis for the objection. The Court reviews those portions de novo and may accept, reject, or modify the Magistrate Judge's findings and recommendations. Fed. R. Civ. P. 72(b)(3); Local Civil Rule 72.4(b)(4).

**OBJECTIONS**

Out of an abundance of caution, BASF offers this limited objection to the Recommendation because BASF anticipates filing third-party claims and/or crossclaims against the Takeda Defendants insofar as they: (1) are not dismissed as defendants in this action and/or (2) are or will be a party, either as a co-defendant and/or a third-party defendant, in this action.

The Amended Complaint alleges that the Takeda Defendants owned the Wilmington Plant at all times prior to January 4, 2001, when the plant was then sold to BASF. [DE-31 at ¶ 8]. The Amended Complaint states that: (1) "Mrs. Brock was employed by Fluor Daniel, an independent contractor at the Wilmington Plant" [DE-31 at ¶ 41] and (2) "Mrs. Brock was hired by Fluor Daniel on March 15, 1993 and separated from Fluor Daniel on November 16, 2001" [DE-31 at ¶ 42]. Thus, the Takeda Defendants owned the Wilmington Plant for nearly all of the time for which Mrs. Brock allegedly worked at the Wilmington Plant, except for approximately the last ten months from January-November 2001. Insofar as the Takeda Defendants have liability or responsibility for the claims at issue in this case, BASF reserves the right to assert claims against the Takeda Defendants.

Via this limited objection and insofar as the Court accepts the Recommendation and thus dismisses the Takeda Defendants from this action, BASF advises the Court and puts all parties on notice that BASF will request the opportunity to serve a subpoena(s) on the Takeda Defendants and their related entities to obtain discovery, both documents and testimony, to determine what liability, if any, the Takeda Defendants have regarding the claims at issue in this case. Further, BASF will request a scheduling order which permits BASF to conduct third party discovery prior to the date for when a motion to amend and/or motion to add parties is due.

BASF also puts the Takeda Defendants and their related entities on notice to preserve documents and evidence because of the likelihood of BASF's claims against them and in anticipation of the subpoenas which BASF seeks to serve on the Takeda Defendants.

## **CONCLUSION**

For the foregoing reasons, BASF respectfully requests that the Court accept BASF's limited objections and set a discovery schedule as respectfully requested herein.

Dated: September 1, 2026

Respectfully submitted,

**DUANE MORRIS LLP**
By: /s/ *Sheila Wiggins*
C. Neil Gray (NY Bar No. 3028552)
CNGray@duanemorris.com
Christopher W. Healy (NY Bar No. 2607091)
(notice of special appearance forthcoming)
CWHealy@duanemorris.com
Sheila Wiggins (NJ Bar No. 018501998) (notice of special appearance forthcoming)
SRWiggins@duanemorris.com
Matthew M. Caminiti (NJ Bar No. 212782018)
(notice of special appearance forthcoming)
MMCaminiti@duanemorris.com
335 Madison Avenue, 23rd Floor
New York, New York 10017-4669
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Defendant BASF Corporation*

**WYRICK ROBBINS YATES & PONTON LLP**
By: /s/ *Samuel A. Slater*
Samuel A. Slater
N.C. Bar No. 43212
sslater@wyrick.com
Josey L. Newman
N.C. Bar No. 55284
jnewman@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
P: 919.781.4000
F: 919.781.4865
*Local Civil Rule 83.1(d) Attorneys for Defendant BASF Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which caused it to be served this day on all counsel of record.

Dated: September 1, 2026

By: */s/ Samuel A. Slater*