UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-CV-1540-M-BM

| | |
|---|---|
| LYDIA DIANE BROCK and<br>ROY BROCK,<br><br>Plaintiffs,<br>v.<br><br>BASF CORPORATION, *et al.*,<br><br>Defendants. | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that F. Hill Allen of the law firm of Tharrington Smith, LLP hereby appears as Local Civil Rule 83.1(d) Counsel for Defendant Sunoco, Inc. in the above-captioned matter.

This the 15th day of September, 2026.

THARRINGTON SMITH, L.L.P.

/s/ F. Hill Allen
F. Hill Allen
N.C. Bar No. 18884
150 Fayetteville St., Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
*Local Civil Rule 83.1(d) Counsel for Defendant Sunoco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andrew J. DuPont, Esq.
Locks Law Firm
The Curtis Center
601 Walnut Street
Suite 720 East
Philadelphia, PA 19106
adupont@lockslaw.com

Mark Doby, Esq.
John S. Hughes, Esq.
Wallace & Graham, P.A.
525 N. Main Street
Salisbury, NC 28144
mdoby@wallacegraham.com
jhughes@wallacegraham.com

THARRINGTON SMITH, L.L.P.

/s/ F. Hill Allen
F. Hill Allen
N.C. Bar No. 18884