IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:25-CV-1540-M-BM

| | |
|---|---|
| LYDIA DIANE BROCK and ROY BROCK, | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) |
| BASF CORPORATION, et al., | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

Energy Transfer (R&M), LLC who is Other,
(name of party/intervenor) (plaintiff/defendant/other: Sued as Sunoco in error)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

YES ○ NO ◉

2. Does the party/intervenor have any parent corporations?

YES ◉ NO ○

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
ETC Sunoco Holdings LLC, ET C&D Holdco LLC, ETE Services Company, LLC, Energy Transfer LP, LE GP, LLC

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

YES ◉ NO ○

If yes, identify all such owners:
See (2) above.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

YES ○ NO ◉

5. Is the party/intervenor a trade association?

YES ○ NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| (Name of individual/entity) | (State of citizenship) |
|---|---|
| ETC Sunoco Holdings LLC | Pennsylvania |
| ET C&D Holdco LLC | Delaware |
| ETE Services Company, LLC | Delaware |
| Energy Transfer LP | Delaware |
| LE GP, LLC | Delaware |
| Public Unitholders ET Common Units | See attached |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: F. Hill Allen

Date: September 15, 2026

Issuer Name: ENERGY TRANSFER LP
Security Name: ENERGY TRANSFER L.P.
Geographic Analysis
Report Date & Time: 12-Jun-2026 11:45
Registered Shareholders
Location: States
As of COB 11-Jun-2026

| Location | Accounts | % of Total Open Accounts | Shares | % of Total Outstanding Shares |
|---|---|---|---|---|
| Alabama | 34 | 0.36 | 23,612.370 | <0.01 |
| Alaska | 12 | 0.13 | 6,233.504 | <0.01 |
| Arizona | 93 | 0.98 | 77,645.723 | <0.01 |
| Arkansas | 82 | 0.86 | 16,655.790 | <0.01 |
| California | 326 | 3.44 | 314,891.083 | <0.01 |
| Colorado | 145 | 1.53 | 114,392.933 | <0.01 |
| Connecticut | 92 | 0.97 | 42,340.506 | <0.01 |
| Delaware | 186 | 1.96 | 132,322.835 | <0.01 |
| District Of Columbia | 9 | 0.09 | 10,326.349 | <0.01 |
| Florida | 352 | 3.71 | 388,402.607 | 0.01 |
| Georgia | 112 | 1.18 | 46,142.749 | <0.01 |
| Hawaii | 21 | 0.22 | 3,277.303 | <0.01 |
| Idaho | 24 | 0.25 | 17,062.708 | <0.01 |
| Illinois | 132 | 1.39 | 60,591.919 | <0.01 |

| Location | Accounts | % of Total Open Accounts | Shares | % of Total Outstanding Shares |
|---|---|---|---|---|
| Indiana | 55 | 0.58 | 14,092.649 | <0.01 |
| Iowa | 36 | 0.38 | 8,153.396 | <0.01 |
| Kansas | 246 | 2.59 | 129,296.934 | <0.01 |
| Kentucky | 45 | 0.47 | 36,698.117 | <0.01 |
| Louisiana | 164 | 1.73 | 356,037.735 | 0.01 |
| Maine | 35 | 0.37 | 28,936.177 | <0.01 |
| Maryland | 185 | 1.95 | 119,152.920 | <0.01 |
| Massachusetts | 214 | 2.26 | 188,524.382 | <0.01 |
| Michigan | 169 | 1.78 | 76,325.414 | <0.01 |
| Military Apo/Fpo | 5 | 0.05 | 555.251 | <0.01 |
| Minnesota | 41 | 0.43 | 71,968.674 | <0.01 |
| Mississippi | 71 | 0.75 | 53,467.323 | <0.01 |
| Missouri | 169 | 1.78 | 78,545.412 | <0.01 |
| Montana | 29 | 0.31 | 11,224.753 | <0.01 |
| Nebraska | 35 | 0.37 | 2,488.858 | <0.01 |
| Nevada | 25 | 0.26 | 75,782.350 | <0.01 |
| New Hampshire | 56 | 0.59 | 20,528.326 | <0.01 |
| New Jersey | 408 | 4.30 | 242,640.291 | <0.01 |
| New Mexico | 36 | 0.38 | 31,975.264 | <0.01 |
| New York | 362 | 3.82 | 220,401.926 | <0.01 |
| North Carolina | 145 | 1.53 | 95,309.057 | <0.01 |
| North Dakota | 16 | 0.17 | 585,311.459 | 0.02 |
| Ohio | 331 | 3.49 | 177,426.470 | <0.01 |
| Oklahoma | 686 | 7.23 | 409,970.828 | 0.01 |
| Oregon | 30 | 0.32 | 41,953.872 | <0.01 |
| Pennsylvania | 2,222 | 23.43 | 2,241,909.704 | 0.07 |

| Location | Accounts | % of Total Open Accounts | Shares | % of Total Outstanding Shares |
|---|---|---|---|---|
| Puerto Rico | 2 | 0.02 | 378.256 | <0.01 |
| Rhode Island | 67 | 0.71 | 49,915.435 | <0.01 |
| South Carolina | 78 | 0.82 | 38,256.613 | <0.01 |
| South Dakota | 5 | 0.05 | 1,397.313 | <0.01 |
| Tennessee | 92 | 0.97 | 47,159.287 | <0.01 |
| Texas | 1,314 | 13.86 | 299,075,517.191 | 8.69 |
| U.S. Virgin Islands | 1 | 0.01 | 1,007.000 | <0.01 |
| Utah | 46 | 0.49 | 6,484.202 | <0.01 |
| Vermont | 13 | 0.14 | 4,112.634 | <0.01 |
| Virginia | 173 | 1.82 | 98,090.852 | <0.01 |
| Washington | 69 | 0.73 | 52,792.910 | <0.01 |
| West Virginia | 36 | 0.38 | 20,485.318 | <0.01 |
| Wisconsin | 62 | 0.65 | 24,711.387 | <0.01 |
| Wyoming | 14 | 0.15 | 1,672.247 | <0.01 |
| **Total** | **9,408** | **99.21** | **305,994,556.566** | **8.89** |