IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| **LYDIA DIANE BROCK AND ROY BROCK,**<br><br>**PLAINTIFFS,**<br>**v.**<br><br>**BASF CORPORATION, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO TAKEDA VITAMIN &FOOD USA, INC. F/K/A TAKEDA CHEMICAL PRODUCTS USA, INC. F/K/A WILTAK, INC.; TAKEDA AMERICA HOLDINGS, INC. F/K/A TAKEDA AMERICA, INC.; TAKEDA PHARMACEUTICALS USA, INC. F/K/A TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. F/K/A TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA CHEMICAL INDUSTRIES, LTD.; AND TAKEDA EUROPE GMBH; ALDRICH CHEMICAL CO. INC.; FISHER SCIENTIFIC COMPANY L.L.C.; SHELL USA, INC. F/K/A SHELL OIL COMPANY; SUNOCO, INC. F/K/A SUN REFINING AND MARKETING COMPANY AND F/K/A SUNOCO (R&M); TENNECO OIL COMPANY; TEXACO INC.; AND UNOCAL CORPORATION; AND JOHN DOES 1-40,**<br><br>**DEFENDANTS.** | ) | **CASE NO: 7:25-cv-01540-M-BM**<br><br>**<u>NOTICE OF SPECIAL APPEARANCE</u>** |

Please take notice that the undersigned Connor J. Reinoso hereby enters a notice of special appearance as attorney for **SHELL USA, INC. F/K/A SHELL OIL COMPANY** in the above-

captioned matter, in association with Local Civil Rule 83.1(d) attorney, Eric T. Hawkins and Kaitlin R. Myers.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

______________________________

Connor J. Reinoso
KUCHLER POLK WEINER, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Phone: (504) 592-0691
E-Mail: creinoso@kuchlerpolk.com
LA Bar. No. 38383
Attorney for Shell USA, Inc. f/k/a Shell Oil Company

*/S/ Kaitin R, Myers*

Eric T. Hawkins
NC Bar No. 48578
Kaitlin R. Myers
NC Bar No. 53591
Gordon Rees Scully Mansukhani
150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
Phone: 919-787-4555
Fax: 919-741-5840
Email: ehawkins@grsm.com
Email: krmyers@grsm.com
Local Civil Rule 83.1(d) Attorney for Shell USA, Inc. f/k/a Shell Oil Company